UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JESSICA DAWN LYNCH,<br><br>           Defendant. | No. CR-07-145-LRS<br>    CR-07-146-LRS<br><br>ORDER GRANTING MOTION TO<br>MODIFY CONDITIONS OF RELEASE |

At the March 17, 2008, hearing on Defendant's Motion to Modify, Assistant U.S. Attorney Earl A. Hicks appeared for the United States; Defendant was present with counsel Frank Cikutovich and defendant's family members.

The court finds that defendant is in compliance with the conditions of release, and GRANTS the motion.

**IT IS ORDERED**:

1. Defendant's Motion **(Ct. Rec. 31)** is **GRANTED**.

2. Defendant shall no longer be subject to electronic monitoring.

3. Except for 1 ½ hours each week for attendance at spiritual services, attending the Cement Masons Apprenticeship Program during

//

//

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1

the day, and participating in group substance abuse counseling sessions in the evening, as approved by her Pretrial Services Officer, Defendant shall remain under home detention.

DATED March 17, 2008.


                         s/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 2